UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

~~COURTESY COPY~~

| KNOLL, INC., |
| --- |
| Plaintiff, |
| v. |
| MODERNO, INC. D/B/A REGENCY SHOP, and MIKE SAXENA, |
| Defendants. |

Civil Action No. 1:11-cv-00488-AKH

ECF Case

~~[PROPOSED]~~ ORDER AUTHORIZING SERVICE OF PROCESS BY REGISTERED MAIL, ELECTRONIC MAIL AND FACSIMILE

Plaintiff Knoll, Inc. ("Knoll") has moved for Leave for Certified Mail, Electronic Mail and Facsimile Service of Process on Defendants Moderno, Inc. D/B/A Regency Shop and Mike Saxena (collectively "Defendants") pursuant to Federal Rule of Civil Procedure 4(f)(3). Good cause has been shown therefore,

IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

That Knoll may serve process on Defendants by sending a copy of the summons and complaint in this action by certified mail - return receipt requested to the addresses: 1661 S. Diamond Bar Blvd., Diamond Bar, CA 91765 and Urban Mod, Inc., 1625 W. 144th Street, Unit 2, Gardena, CA 90247; electronic mail addresses: <regencyshop@yahoo.com> and <support@regencyshop.com>; and facsimile number: (719) 674-7286.

DATED this 15 day of June 2011.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/11

SO ORDERED:

_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE