RECEIVED OCT 26 2011 U.S.D.C. S.D. N.Y. CASHIERS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KNOLL, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MODERNO, INC. and URBAN MOD INC., D/B/A REGENCY SHOP, and MIKE SAXENA,<br><br>*Defendants.* | Civil Action No. 11-CV 0488<br><br>**AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT AND RELATED CAUSES**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff, by its attorneys, for its Complaint against the Defendants, alleges:

## JURISDICTION AND VENUE

1. This is an action for violation of Sections 32 and 43 (a) of the Lanham Act, 15 U.S.C. §§ 1114, 1125; for violation of Section 360-l of the New York General Business Law; and for violation of the common law of the State of New York pertaining to unfair competition.

2. This Court has jurisdiction over the subject matter of these claims pursuant to 28 U.S.C. § 1338 and under principles of supplemental jurisdiction, 28 U.S.C. §1367(a). Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

## THE PARTIES

3. Plaintiff Knoll, Inc. ("Knoll") is a corporation organized and existing under the laws of the State of Delaware, maintaining a place of business at 76 Ninth Avenue, New York, New York 10021.

4. Knoll is a leading designer and manufacturer of branded furniture.

5. Knoll believes that good design is good business. Indeed, since its founding in 1938, Knoll has been recognized as a design leader worldwide.

6. Knoll products are exhibited in major art museums worldwide, with more than 40 Knoll pieces in the permanent Design Collection of The Museum of Modern Art in New York, New York.

7.(a) Upon information and belief, Defendant Modemo, Inc., is a corporation organized and existing under the laws of California, maintaining a place of business at 1661 S. Diamond Bar Boulevard, Diamond Bar, California 901765, and has done and continues to do business as Regency Shop.

7. (b) Upon information and belief, Urban Mod, Inc., is a corporation organized and existing under the laws of Nevada, maintaining a place of business at 1625 W. 144th Street, Unit 2, Gardena, CA 90247, and has done and continues to do business as Regency Shop.

8. Upon information and belief, Defendant Mike Saxena, is an individual with an address at 1625 W. 144th Street, Unit 2, Gardena, CA 90247. Upon information and belief, Defendant Mike Saxena is a principal of Defendants Modemo, Inc. and Urban Mod, Inc., and is responsible for their infringing activities. (Collectively, Modemo, Inc., Urban Mod, Inc., and Mike Saxena are hereinafter referred to as "Defendants")

9. Defendants now conduct or have in the past conducted their business over the internet through their website at http://www.regencyshop.com/.

10. Defendants transact business within this district, derive revenue from intrastate and interstate commerce, and have committed tortious acts within this district

and also without this district having consequences within this district, and said Defendants are otherwise within the jurisdiction of this Court.

## FACTS COMMON TO ALL COUNTS

### LUDWIG MIES VAN DER ROHE

11.   Ludwig Mies van der Rohe ("Mies van der Rohe") was a world-famous architect and one of the most influential architects of the twentieth century.

12.   Mies van der Rohe was the director of the Bauhaus school of design from 1930 to 1933, and moved to the United States in 1937 to continue his architectural activities.

13.   Among Mies van der Rohe's more well-known architectural works are the Seagram Building in New York City; the Lakeshore Drive Apartments in Chicago, Illinois; the German Pavilion for the 1929 Barcelona International Exhibition; and the Tugendhat House, in Brno, Czech Republic.

### THE GERMAN PAVILION

14.   In 1928, Mies van der Rohe was asked to design the German pavilion for the 1929 Barcelona International Exhibition.  The result was one of Mies van der Rohe's most well-known architectural designs.

A. The Barcelona Chair

15. In addition to designing the German Pavilion, Mies van der Rohe also designed the furniture featured inside the pavilion. He designed a chair in the form of the design that is set forth below:

Architects, the furniture trade and the public have come to refer to this chair as the "Barcelona Chair".

B. The Barcelona Stool

16. Along with the "Barcelona Chair", Mies van der Rohe also designed an ottoman for the German Pavilion in the form of the design that is set forth below:

Architects, the furniture trade and the public have come to refer to this ottoman as the "Barcelona Stool".

C. The Barcelona Couch

17. In 1930, Mies van der Rohe designed a couch or daybed that later gained fame when he featured it in the Farnsworth House, which he designed in 1948 for Dr. Edith Farnsworth. The couch was in the form of the design that is set forth below:

Architects, the furniture trade and the public have come to refer to this couch as the "Barcelona Couch".

**THE TUGENDHAT HOUSE**

18. In 1928, Mies van der Rohe was commissioned to design a home for Grete and Fritz Tugendhat. The resulting Tugendhat House in Brno, Czech Republic is one of Mies van der Rohe's most well-known architectural designs.

A. The Flat Brno Chair

19. In addition to designing the Tugendhat House, Mies van der Rohe also designed much of the furniture used to furnish the Tugendhat House. He designed for the Tugendhat House a chair in the form of the design that is set forth below:

Architects, the furniture trade and the public have come to refer to this chair as the "Flat Brno Chair".

B. The Barcelona Table

20. Along with the "Flat Brno Chair", Mies van der Rohe also designed a table for the Tugendhat House in the form of the design that is set forth below:



Architects, the furniture trade and the public have come to refer to this table as the "Barcelona Table" or the "Tugendhat Table".

## KNOLL AND ITS RIGHTS IN THE BARCELONA COLLECTION

21. By an agreement dating from November 1, 1965, Mies van der Rohe assigned all rights, title and interest in and to the design of the Barcelona Chair, the Barcelona Stool, the Barcelona Couch, the Barcelona Table and the Flat Brno Chair (hereinafter collectively referred to as the "Barcelona Collection") to predecessors of Knoll as to the rights herein involved.

22. Knoll and its predecessors in interest as to the rights herein involved have been continuously manufacturing, displaying, promoting and selling the Barcelona Collection since at least as early as January 1, 1954.

23. The various furniture items in the Barcelona Collection have been the subjects of third party commentary in numerous books, newspaper articles and magazine articles, virtually all of which identify Knoll or its predecessors in interest as to the rights herein involved as the source of these items.

24. The various furniture items in the Barcelona Collection are in the collections of numerous museums featuring design around the world, and have been featured in a number of museum exhibitions.

25. The Barcelona Collection is in the Museum of Modern Art's design collection. Some of these pieces have been there since the 1950s. The Museum of Modern Art, as well as other museums, always identify Mies van der Rohe as the designer of the Barcelona Collection, and Knoll as the source and manufacturer of these items.

26. Knoll markets and sells the Barcelona Collection throughout the United States and internationally. In connection with these efforts, Knoll maintains an internet website at http://www.knoll.com, which contains information about Knoll's furniture products. Knoll also issues advertising and promotional material relating to the Barcelona Collection, and has done so for many years.

27. As a result of all of the foregoing sales, manufacturing and promotional efforts, the Barcelona Chair, the Barcelona Stool, the Barcelona Couch, the Barcelona Table, the Flat Brno Chair and the BARCELONA trademark have come to be associated with Knoll as their source.

**KNOLL'S RELEVANT TRADEMARK REGISTRATIONS**

28. On or about October 12, 2004, the Barcelona Chair was registered as a trademark with the United States Patent and Trademark Office. Knoll's registration for the Barcelona Chair, No. 2,893,025, remains in full force and effect and is incontestable. A copy of this registration is attached as Exhibit A.

29. On or about October 19, 2004, the Barcelona Stool was registered as a trademark with the United States Patent and Trademark Office. Knoll's registration for the Barcelona Stool, No. 2,894,977, remains in full force and effect and is incontestable. A copy of this registration is attached as Exhibit B.

30. On or about October 19, 2004, the Barcelona Couch was registered as a trademark with the United States Patent and Trademark Office. Knoll's registration for the Barcelona Couch, No. 2,894,980, remains in full force and effect and is incontestable. A copy of this registration is attached as Exhibit C.

31. On or about October 19, 2004, the Barcelona Table was registered as a trademark with the United States Patent and Trademark Office. Knoll's registration for the Barcelona Table, No. 2,894,979, remains in full force and effect and is incontestable. A copy of this registration is attached as Exhibit D.

32. On or about October 19, 2004, the Flat Brno Chair was registered as a trademark with the United States Patent and Trademark Office. Knoll's registration for the Flat Brno Chair, No. 2,894,978, remains in full force and effect and is incontestable. A copy of this registration is attached as Exhibit E.

33. Knoll is the owner of U.S. Trademark Registration No. 772,313 for the mark BARCELONA, which issued on or about June 30, 1964. Said registration remains in full force and effect and is incontestable. A copy of this registration is attached as Exhibit F.

**MODERNO, INC. and URBAN MOD, INC.**

34. Upon information and belief, Defendants Moderno, Inc., and Urban Mod, Inc., under the direction and control of Mike Saxena, are the marketers and retailers of furniture and related products, much of it embodying "modern design".

35. Defendants Moderno, Inc., and Urban Mod, Inc., under the direction and control of Mike Saxena, through the website www.regencyshop.com, advertise, promote and offer for sale furniture products in the form of the designs that are the subjects of Knoll's aforementioned trademark registrations. A printout of representative pages of Defendants' website is attached as Exhibit G.

36. Defendants Moderno, Inc. and Urban Mod, Inc., under the direction and control of Mike Saxena, have sold and continue to sell products in the form of or

derivatives of the designs that are the subjects of Knoll's aforementioned trademark registrations in New York and throughout the United States.

## COUNT I [TRADEMARK INFRINGEMENT]

37.   Plaintiff repeats and realleges each allegation in paragraphs 1-36 as if set forth in full herein.

38.   Plaintiff has never authorized Defendants to sell reproductions of the Barcelona Chair or products derived from the items in the Barcelona Collection.

39.   Upon information and belief, Defendants' acts have been done willfully and intentionally, with full knowledge of Plaintiff's trademark rights.

40.   Knoll has given Defendants due notice of Plaintiff's rights but, as indicated by Defendants' current website, Defendants have failed to cease their infringing acts. Defendants' aforesaid activities, especially after notice, are willful.  Defendants' continuation of their infringing acts has and will cause Plaintiff irreparable harm and injury.

41.   Defendants have improperly sold goods in the form of the designs that are the subject of Knoll's trademark registrations and derived therefrom with the intent to cause confusion and mistake, to deceive and mislead the architects, the furniture trade and the purchasing public and to improperly appropriate the valuable trademark rights of Plaintiff.

42.   Defendants' said acts violate Section 32 of the Lanham Act, 15 U.S.C. § 1114.

43.   Plaintiff has no adequate remedy at law and is suffering irreparable harm

and damages as a result of the wrongful acts of Defendants in an amount thus far not determined.

**COUNT II [FALSE DESIGNATION OF ORIGIN]**

44. Plaintiff repeats and realleges each allegation in paragraphs 1-43 as if set forth in full herein.

45. Defendants' efforts to misrepresent themselves as a legitimate source of the items in the Barcelona Collection takes control of the reputation and goodwill of the designs for those items away from Knoll, which owns and is responsible for the goodwill of those designs in the United States.

46. Defendants have improperly sold goods in the form of the designs that are the subject of Knoll's trademark registrations with the intent to cause confusion and mistake, to deceive and mislead the architects, the furniture trade and the purchasing public and to improperly appropriate the valuable trademark rights of Plaintiff.

47. Defendants' said acts violate Section 43 (a) of the Lanham Act, 15 U.S.C. § 1125 (a).

48. Plaintiff has no adequate remedy at law, and is suffering irreparable harm and damages as a result of the wrongful acts of Defendants in an amount thus far not determined.

**COUNT III [COMMON LAW UNFAIR COMPETITION]**

49. Plaintiff repeats each allegation in paragraphs 1-48 as if set forth in full herein.

50. As a result of Defendants' improper sale of furniture in the form of the designs that are the subject of Knoll's trademark registrations, architects, the furniture trade and the purchasing public are likely to buy Defendants' products in the erroneous belief that they are authorized reproductions of Knoll's trademarked designs or that the furniture items are otherwise associated with Knoll.

51. Upon information and belief, Defendants have intentionally misappropriated the designs that are the subject of Knoll's trademark registrations with the intention of causing confusion, mistake and deception among consumers and the trade as to the source of the goods and with the intent to unfairly profit from Plaintiff's goodwill at Plaintiff's expense.

52. As a result of the foregoing, Defendants' actions constitute unfair competition and misappropriation which have had and will continue to have a detrimental effect on the general consuming public in violation of the common law of the State of New York.

53. Plaintiff has no adequate remedy at law, and is suffering irreparable harm and damages as a result of the wrongful acts of Defendants in an amount thus far not determined.

**COUNT IV [INJURY TO BUSINESS REPUTATION AND DILUTION]**

54. Plaintiff repeats and realleges each allegation of paragraphs 1-53 hereof, as if fully set forth herein.

55. By reason of the practices and acts set forth above, Defendants are likely to injure Knoll's business reputation and dilute the distinctive quality of Plaintiff's marks, in violation of Section 360-l of the New York General Business Law.

56.     These acts of Defendants are without the permission, license or consent of Plaintiff and, unless enjoined by this Court, Defendants will continue these practices and acts, thereby harming Plaintiff's business reputation and causing Plaintiff immediate and irreparable injury.

57.     Plaintiff has no adequate remedy at law and is suffering irreparable harm and damages as a result of the wrongful acts of Defendants in an amount thus far not determined.

WHEREFORE, Plaintiff demands:

A. An injunction permanently enjoining and restraining Defendants, their directors, officers, agents, servants, employees, successors, assigns, subsidiaries, related companies, parent companies, licensees, assigns, and all persons in active concert or participation with it:

1.     From importing, marketing or selling furniture in the form of the designs that are the subject of Knoll's trademark registrations;

2.     From importing, marketing or selling furniture in the form of the designs which are derived from the designs which are the subject of Knoll's trademark registrations;

3.     From passing off or otherwise representing to architects, the furniture trade or public in any way that any product sold by Defendants emanates from, is related in source or sponsorship to, or is in any way related to Plaintiff;

4.     From injuring Plaintiff's business reputation by diluting the distinctive quality of Plaintiff's products; and

5.    From engaging in misappropriation, deceptive trade practices or acts in the conduct of Defendants' business by means of selling products embodying Knoll's trademarked designs or any designs substantially similar thereto;

B.  Directing Defendants to deliver to Plaintiff or to destroy all furniture in its possession that is in the form of the designs that are the subject of Knoll's trademark registrations or is derived from the designs that are the subject of Knoll's trademark registrations;

C.  Directing Defendants to immediately recall and destroy all of its catalogs showing, advertising or promoting furniture that is in the form of the designs that are the subject of Knoll's trademark registrations or is derived from the designs that are the subject of Knoll's trademark registrations;

D.  Directing Defendants to remove all references to or images of furniture that are in the form of the designs that are the subject of Knoll's trademark registrations or is derived from the designs that are the subject of Knoll's trademark registrations from Defendant's internet website;

E.  Directing Defendants to account to Plaintiff for all profits resulting from Defendant's infringing activities;

F.  Awarding Plaintiff its damages from Defendants' wrongful acts;

G.  Awarding Plaintiff three times the amount of Plaintiff's damages or Defendants' profits, whichever is greater;

H.  Awarding Plaintiff the cost of this action, as well as reasonable attorneys' fees;

I. Awarding Plaintiff punitive damages as a result of Defendants' wrongful acts; and;

J. Awarding Plaintiff such other and further relief as the Court may deem just and proper.

**PLAINTIFF DEMANDS A JURY TRIAL AS TO ALL MATTERS TRIABLE BY JURY**

GOTTLIEB, RACKMAN & REISMAN, P.C.
Attorneys for Plaintiff
270 Madison Avenue
New York, New York 10016
(212) 684-3900
ggottlieb@grr.com
mmisthal@grr.com
apeikes@grr.com

Dated: October 26, 2011
New York, New York

By: ______________________

George Gottlieb (GG-5761)
Marc P. Misthal (MM-6636)
Ariel S. Peikes (AP-9157)

# EXHIBIT A

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

United States Patent and Trademark Office

Reg. No. 2,893,025
Registered Oct. 12, 2004

TRADEMARK
PRINCIPAL REGISTER

KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

FOR: CHAIRS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

THE MARK CONSISTS OF A CONFIGURATION OF A CHAIR WITH A METAL FRAME AND LEATHER CUSHIONS.

SEC. 2(F).

SER. NO. 76-556,817, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

# EXHIBIT B

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

United States Patent and Trademark Office

Reg. No. 2,894,977
Registered Oct. 19, 2004

## TRADEMARK
## PRINCIPAL REGISTER

KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

FOR: STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

THE MARK CONSISTS OF A CONFIGURATION OF A STOOL WITH A METAL FRAME SUPPORTING A LEATHER CUSHION.

SEC. 2(F).

SER. NO. 76-556,816, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

# EXHIBIT C

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,894,980
Registered Oct. 19, 2004

**TRADEMARK**
**PRINCIPAL REGISTER**

KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

FOR: COUCHES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

THE MARK CONSISTS OF A CONFIGURATION OF A COUCH WITH A METAL FRAME SUPPORTING A LEATHER CUSHION.

SEC. 2(F).

SER. NO. 76-556,824, FILED 10-22-2003.

THEODORE MCBRIDE, EXAMINING ATTORNEY

# EXHIBIT D

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

United States Patent and Trademark Office

Reg. No. 2,894,979
Registered Oct. 19, 2004

TRADEMARK
PRINCIPAL REGISTER

KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

FOR: TABLES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

THE MARK CONSISTS OF A CONFIGURATION OF A TABLE WITH A METAL BASE AND A GLASS TOP.

SEC. 2(F).

SER. NO. 76-556,821, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

# EXHIBIT E

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

United States Patent and Trademark Office

Reg. No. 2,894,978
Registered Oct. 19, 2004

## TRADEMARK
## PRINCIPAL REGISTER

KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

FOR: CHAIRS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

THE MARK CONSISTS OF A CONFIGURATION OF A CHAIR WITH A FLAT METAL FRAME SUPPORTING A CUSHION.

SEC. 2(F).

SER. NO. 76-556,819, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

# EXHIBIT F

# United States Patent Office

772,313
Registered June 30, 1964

## PRINCIPAL REGISTER
## Trademark

Ser. No. 177,235, filed Sept. 18, 1963

## BARCELONA

Drexel Enterprises, Inc. (Delaware corporation)
1690 English St.
High Point, N.C.

For: LIVING ROOM, BEDROOM, AND DINING ROOM FURNITURE, AND OCCASIONAL TABLES AND CHAIRS, in CLASS 32.

First use Oct. 19, 1962; in commerce Feb. 27, 1963.

EXHIBIT G

# Regency Shop

1-886-776-2680

Search

now in your cart 0 items

Home | What's New | Clearance Sale | About | Contact Us

Bar Stools
Chairs / Loungers
Computer Workstations
Dining Sets
Lights and Lamps
Models/Miniatures
Ottomans / Benches
Outdoor Wicker
Sofas / Sectionals
Tables
TV Stands
View All Products

**Ibiza Chair - Pure**
~~Retail: $4099.00~~
Sale: $345.00
Click for Details

**Ibiza Chair Cushion**
Our Price: $185.00
Click for Details

**Ibiza Coffee Table**
~~Retail: $1800.00~~
Sale: $189.00
Click for Details

**Ibiza Couch**
~~Retail: $2495.00~~
Sale: $795.00
Click for Details

**Ibiza Leather Bench**
~~Retail: $699.00~~
Sale: $325.00
Click for Details

**Ibiza Ottoman**
~~Retail: $495.00~~
Sale: $149.00
Click for Details

Shop by Price

Under $200.00
From $200.00 to $400.00
From $400.00 to $600.00
From $600.00 to $800.00
From $800.00 to $1000.00
$1000.00 and above

Displaying 1 to 6 (of 6 products)

Result Pages: 1

BACK

» About Us
» FAQs & TOS
» Privacy Policy
» Contact Us
» Catalog Feed

New Articles (0)
All Articles (139)
» Buyer Guides (3)
» Contemporary Ideas (129)
» Educational (7)

Google

Copyright 2011, RegencyShop All Rights Reserved

Home | Site Map |

Regency Shop provides high quality interpretations of modern classics from Knoll, Cassina, Fritz Hansen, Herman Miller, Eero Aarnio, Saarinen, and others. We respect the original designs and make no claims to provide items from the designers and licensing companies above, which includes products like the Barcelona Chair, Eames Lounge Chair, bar stools, Noguchi Table, Le Corbusier products, Womb Chair, Tulip Chairs and Tulip Tables, George Nelson Bench, or other items. The items on our site are not manufactured by and are not products of the companies/designers listed above. Regencyshop is in no way affiliated with any of the companies/designers listed above.

Regency Shop

1-866-776-2680

Search

now in your cart 0 items

Home | What's New | Clearance Sale | About | Contact Us

Ibiza Chair – Pure Leather, Stainless Steel

Bar Stools
Bed in a bag / Comforter Sets
Chairs / Loungers
- Lounge Chairs
- Office Chairs
Computer Workstations
Dining Sets
Lights and Lamps
Models/Miniatures
Ottomans / Benches
Outdoor Wicker
Sofas / Sectionals
Tables
TV Stands
View All Products

Shop by Price

Under $200.00
From $200.00 to $400.00
From $400.00 to $600.00
From $600.00 to $800.00
From $800.00 to $1,000.00
$1,000.00 and above

- About Us
- FAQs & TOS
- Privacy Policy
- Contact Us
- Catalog Feed

New Articles (0)
All Articles (115)
- Buyer Guides
- Contemporary Ideas (106)
- Educational (7)

| Retail: | Sale: | Shipping | Quantity |
|---|---|---|---|
| ~~$1,099.00~~ | $345.00 | $140.00 | 1 |

ADD TO CART

**Available Options:**

Ottoman: None

Color: White

Meticulously handcrafted with fine leather & leather match for the back and sides. Constructed using individual leather panels, each piece cut and hand-sewn. The frame is made from solid stainless steel.

FEATURES

- Genuine TOP-GRADE Leather seating area
- Stable and reliable design
- Stable and strong Stainless Steel frame
- Meets architectural specifications of the original design.

**Dimensions:**

**Chair**

height:30"

width:30"

depth:30"

**Color Options:**

White

Black

Need replacement Cushions? Click here

This item is not an original Barcelona chair, nor is it manufactured by or affiliated with Knoll.

About the Mies van der Rohe Barcelona Chair: So well known as one of the leading pieces of the Modern Movement, the Barcelona Chair [illegible] van der Rohe designed in 1929 [illegible] [illegible] home, because van der Rohe initiated what was known as the Bauhaus movement that followed his famous dictum "Form follows function." The Barcelona Chair is the perfect example of his belief. The frame is in the shape of an "X" and interestingly enough, the "X" looks like it's occupied—even when it is not. The shape is warped to look as though a weight is bearing down on it. To get that look, each part of the bent and delicate frame is welded together, as opposed to using straight pieces, easily riveted or screwed together. The chair was introduced at the German Pavilion Barcelona Exhibition and seen by hundreds of Europeans whose enthusiasm grew to epidemic proportions. Everyone who claimed an Avant Guard knowledge of fine furnishings wanted the Barcelona Chair in their living room. They were right to covet the chair. It was destined to start a revolution in furnishings design. Up to that point, fine furniture was a memory of Louis XIV or XV and satin or velvet was de rigueur for upholstery. Barcelona Chairs were covered in leather—rich and thick and tufted—actually quite masculine, and, in spite of that, managed to strike the fancy of even the most delicate feminine tastes.

Mies' Barcelona Chairs turned their heads—made them look at furnishings with a new eye—and they bought it. Perhaps the world was ready for something so remarkably different and 1929 was the right time for the debut of something radical. For it was that—in spades. Instead of being round, it was rectangular. Instead of being soft, it was firm. Instead of being a muted rose or beige, it was a husky rich brown. The Barcelona Chair Mies van der Rohe had given to the world of interior design began a revolution that lasts to this day. Leather chairs and couches are a common occurrence. Straight, rectangular pieces occupy just about every home. Not so much that other styles have disappeared, but that the Modern Movement made a strong beginning and it's not over—in fact it has developed into plastics and oddly shaped pieces that make you wonder how they were created. Mies' furnishing designs are still around, though, selling as well as ever they did.

# Lowest Price Guarantee*

**Guaranteed Lowest Prices**

Our prices are the lowest in the industry and our quality is one of the best. Still, if within 10 days of your online purchase at RegencyShop.com, you find the identical product nationally advertised for less by one of our competitors, we will refund to you 100% of the difference!*

**Nationally advertised low prices found online must be printed out completely with proof of competitor's name, item make, manufacturer model number and the offer's expiration date clearly visible.**

*Refund valid on retail price of item only, not shipping and/or handling charges. Guarantee not valid on competitor close-outs, misprints, special buys, special promotions, liquidations, auction websites, items that include free shipping, or member club pricing. Item must be identical make and model#. Truck ship bill of lading and online confirmation emails are not accepted in place of invoice or packing slip. Customer must purchase from RegencyShop.com and follow the directions above to be considered for a refund. Please allow 6 - 8 weeks for refund processing.

**SHIPPING INFORMATION:**

Items in stock typically are shipped within 1 week of payment or sooner. We will send you your tracking number immediately upon shipment.

All of our products are carefully inspected before shipping. However rarely, in-transit damages do occur. Please make a note of any obvious or suspected damage on the delivery receipt BEFORE signing for delivery and BEFORE the driver leaves.

PLEASE FULLY INSPECT YOUR SHIPMENT.

**RETURNS:**

Damage claims must be reported within 24 hours of delivery. A picture of the damaged item is required, no exceptions. Shipping is non-refundable, buyer pays return shipping. Pre-authorized returns only. Item can only be exchanged for the same item, no refunds are issued.

**INTERNATIONAL SHIPPING:**
We ship all across the globe. Please contact us for details.

**LOCAL PICKUPS**
We do offer local pickups in the Los Angeles area. Please contact us to schedule a pickup.

| Retail: | Sale: | Shipping | Quantity | |
|---|---|---|---|---|
| ~~$4,000.00~~ | $345.00 | $140.00 | 1 | + ADD TO CART |

You may also like:

Ibiza Leather Bench
Our Price: $385.00
Click for Details

Customers who bought this product also purchased

Ball Chair

Drop Chair Stool

Bombo Bar Stools

Womb Style Chair & Ottoman

Google

Copyright 2008-2010 Modernmo, Inc. All Rights Reserved

Regency Shop provides high quality interpretations of modern classics from Knoll, Cassina, Fritz Hansen, Herman Miller, Eero Aarnio, Saarinen, and others. We respect the original designs and make no claims to provide items from the designers and licensing companies above; which includes products like the Barcelona Chair, Eames Lounge Chair, bar stools, Noguchi Table, Le Corbusier products, Womb Chair, Tulip Chairs and Tulip Tables, George Nelson Bench, or other items. The items on our site are not manufactured by and are not products of the companies/designers listed above. Regencyshop is in no way affiliated with any of the companies/designers listed above.

Regency Shop

1-866-776-2680

now in your cart 0 items

Search

Home | What's New | Clearance Sale | About | Contact Us

# Ibiza Leather Bench

- Bar Stools
- Bed in a bag / Comforter Sets
- Chairs / Loungers
- Computer Workstations
- Dining Sets
- Lights and Lamps
- Models/Miniatures
- Ottomans / Benches
- Outdoor Wicker
- Sofas / Sectionals
- Tables
- TV Stands
- View All Products

Our Price: $399.00

Shipping $189.00

Quantity 1

ADD TO CART

## Available Options:

Color: White

The Ibiza bench is a high quality reproduction. The leather is hand selected, piped, tufted and individually sewn by expert leather craftsmen. A top notch reproduction of the classic design by Mies Van Der Rohe, our Bench features sleek minimalist styling, a perfect blend of art and function. Polished stainless steel legs add to the beauty of this modern classic design.

### FEATURES

- Genuine 100% leather
- Solid steel frame
- Premium cushion construction

**Shop by Price**

- Under $200.00
- From $200.00 to $400.00
- From $400.00 to $600.00
- From $600.00 to $800.00
- From $800.00 to $1,000.00
- $1,000.00 and above

**Dimensions:**

52"W x 19"D x 16"H

**Color**

Black

White

- About Us
- FAQs & TOS
- Privacy Policy
- Contact Us
- Catalog Feed

New Articles (0)
All Articles (115)
- Buyer Guides
- Contemporary Ideas (108)
- Educational (7)

**This item is not an original barcelona bench, nor is it manufactured by or affiliated with Knoll.**

About the original Mies van der Rohe Barcelona bench

His work was exact, orderly, and pristine. A master of the Bauhaus, Mies van der Rohe's architecture was the model others studied to attain the perfect proportions and dramatic simplicity that claimed his signature. Then he amazed his colleagues even further with his design for a Barcelona Bench, a scaled down version of his architecture, meant to occupy, augment and explain his design concept. Did he know how deeply his small version of a edifice would influence the furniture industry? It did. Furniture companies picked up on his ideal and, in time, New York apartments became the sophisticated repositories of the sleek, fashionable, and unadorned furnishings we have come to think of as "Modern". Accessories were next to adopt the style, with crystal appearing in square columns as vases, and coffee tables that matched the streamlined sofas.

Owning a replica of a Mies van der Rohe Barcelona bench is like owning a piece of architectural history. It represents the beginning of an age when van der Rohe led designers to see architecture in terms of pure geometry. His Barcelona house was a plain and simple rectangle, easily understood and adopted to a residential scale, and the furniture industry, under Mies' influence, followed suit. His motto, "Form follows function" was the mantra of the day, and the Mies van der Rohe Barcelona bench is the epitome of his dictum. The metal legs are straight, sturdy, and minimalist in true Mies fashion. An unadorned rectangular slab of wood sits atop the legs on the Barcelona Bench, and strapped to the wood is a tufted leather cushion. These benches have been reproduced as a white Barcelona bench and a black Barcelona bench, although the original was black and sat in Mies's living room.

The white Barcelona bench would be well placed in a bedroom, the black—appropriate in a study or foyer. Think how interesting one of them might be, used as a coffee table in front of a soft-as-butter black leather sofa, or perhaps at the end of a black pedestal bed. Although Mies van der Rohe led the Bauhaus seventy-some years ago, his influence is still felt today in homes, offices and restaurants that enjoy the ambience of a classic, chic modern style. With only a slight difference in materials and scale, Mies would recognize the clean lines and rich materials of his Barcelona bench that led to a revolution in furniture design and lasted through a century.

## Lowest Price Guarantee

**Guaranteed Lowest Prices**

Our prices are the lowest in the industry and our quality is one of the best. Still, if within 10 days of your online purchase at RegencyShop.com, you find the identical product nationally advertised for less by one of our competitors, we will refund to you 100% of the difference!*

Nationally advertised low prices found online must be printed out completely with proof of competitor's name, item make, manufacturer model number and the offer's expiration date clearly visible.

*Refund valid on retail price of item only, not shipping and/or handing charges. Guarantee not valid on competitor close-outs, misprints, special buys, special promotions, liquidations, auction websites, items that include free shipping, or member club pricing. Item must be identical make and model. Truck ship bill of lading and online confirmation emails are not accepted in place of invoice or packing slip. Customer must purchase from RegencyShop.com and follow the directions above to be considered for a refund. Please allow 6 - 8 weeks for refund processing

**SHIPPING INFORMATION:**

Items in stock typically are shipped within 1 week of payment or sooner. We will send you your tracking number immediately upon shipment.

All of our products are carefully inspected before shipping. However rarely, in-transit damages do occur. Please make a note of any obvious or suspected damage on the delivery receipt BEFORE signing for delivery and BEFORE the driver leaves.

PLEASE FULLY INSPECT YOUR SHIPMENT.

**RETURNS:**

Damage claims must be reported within 24 hours of delivery. A picture of the damaged item is required, no exceptions. Shipping is non-refundable, buyer pays return shipping. Pre-authorized returns only. Item can only be exchanged for the same item, no refunds are issued.

**INTERNATIONAL SHIPPING:**
We ship all across the globe. Please contact us for details.

**LOCAL PICKUPS**
We do offer local pickups in the Los Angeles area. Please contact us to schedule a pickup.

| Our Price: | Shipping | Quantity | |
|---|---|---|---|
| $399.00 | $189.00 | 1 | ADD TO CART |

Customers who bought this product also purchased

Bistro Jupiter Table

Eileen Table - Gray

Ibiza Chair - Pure Leather, Stainless Steel

Google

Copyright 2009-2010 Modemo, Inc All Rights Reserved

Home | Site Map |

Regency Shop provides high quality interpretations of modern classics from Knoll, Cassina, Fritz Hansen, Herman Miller, Eero Aarnio, Saarinen, and others. We respect the original designs and make no claims to provide items from the designers and licensing companies above; which includes products like the Barcelona Chair, Eames Lounge Chair, bar stools, Noguchi Table, Le Corbusier products, Womb Chair, Tulip Chairs and Tulip Tables, George Nelson Bench, or other items. The items on our site are not manufactured by and are not products of the companies/designers listed above. Regencyshop is in no way affiliated with any of the companies/designers listed above

Regency Shop

1-866-776-2680

now in your cart 0 items

Search

Home What's New Clearance Sale About Contact Us

Ibiza Chair Cushion

Bar Stools
Bed In a bag / Comforter Sets
Chairs / Loungers
› Lounge Chairs
› Office Chairs
Computer Workstations
Dining Sets
Lights and Lamps
Models/Miniatures
Ottomans / Benches
Outdoor Wicker
Sofas / Sectionals
Tables
TV Stands
View All Products

| Our Price: | Shipping | Quantity |
|---|---|---|
| $185.00 | $89 00 | 1 |

ADD TO CART

**Available Options:**

Color: Black

PRICED PER SET (SEAT+BACK) Replacement cushions for your barcelona chair. Meticulously handcrafted with fine leather & leather match for the back and sides. High quality leather, crafted with precision.

**Click here for the Ibiza Chair >>**

FEATURES

- Genuine TOP-GRADE Leather
- Stable and reliable design

**Dimensions:**

**Seat**

31 x 23 x 4

**Back**

31 x 20 x 4

**Color Options:**

White

Black

**Shop by Price**

Under $200.00
From $200.00 to $400 00
From $400.00 to $600 00
From $600.00 to $800.00
From $800 00 to $1,000 00
$1,000 00 and above

» About Us
» FAQs & TOS
» Privacy Policy
» Contact Us
» Catalog Feed

New Articles (0)
All Articles (115)
» Buyer Guides
» Contemporary Ideas (108)
» Educational (7)

Lowest Price Guarantee*

**Guaranteed Lowest Prices**

Our prices are the lowest in the industry and our quality is one of the best. Still, if within 10 days of your online purchase at RegencyShop.com, you find the identical product nationally advertised for less by one of our competitors, we will refund to you 100% of the difference!*

Nationally advertised low prices found online must be printed out completely with proof of competitor's name, item make, manufacturer model number and the offer's expiration date clearly visible.

*Refund valid on retail price of items only, not shipping and/or handling charges. Guarantee not valid on competitor close-outs, misprints, special buys, special promotions, liquidations, auction websites, items that include free shipping, or member club pricing. Item must be identical make and models. Truck ship bill of lading and online confirmation emails are not accepted in place of invoice or packing slip. Customer must purchase from RegencyShop.com and follow the directions above to be considered for a refund. Please allow 4 - 6 weeks for refund processing.

**SHIPPING INFORMATION:**

Items in stock typically are shipped within 1 week of payment or sooner. We will send you your tracking number immediately upon shipment.

All of our products are carefully inspected before shipping. However rarely, in-transit damages do occur. Please make a note of any obvious or suspected damage on the delivery receipt BEFORE signing for delivery and BEFORE the driver leaves.

PLEASE FULLY INSPECT YOUR SHIPMENT.

**RETURNS:**

Damage claims must be reported within 24 hours of delivery. A picture of the damaged item is required, no exceptions. Shipping is non-refundable, buyer pays return shipping. Pre-authorized returns only. Item can only be exchanged for the same item, no refunds are issued.

**INTERNATIONAL SHIPPING:**
We ship all across the globe. Please contact us for details.

**LOCAL PICKUPS**
We do offer local pickups in the Los Angeles area. Please contact us to schedule a pickup.

| Our Price: | Shipping | Quantity | |
|---|---|---|---|
| $185.00 | $99.00 | 1 | ADD TO CART |

Customers who bought this product also purchased

Portland Bar Stools

Google

Copyright 2005-2010 Modemo, Inc. All Rights Reserved

Home | Site Map |

Regency Shop provides high quality interpretations of modern classics from Knoll, Cassina, Fritz Hansen, Herman Miller, Eero Aarnio, Saarinen, and others. We respect the original designs and make no claims to provide items from the designers and licensing companies above which includes products like the Barcelona Chair, Eames Lounge Chair, bar stools, Noguchi Table, Le Corbusier products, Womb Chair, Tulip Chairs and Tulip Tables, George Nelson Bench, or other items. The items on our site are not manufactured by and are not products of the companies/designers listed above. Regencyshop is in no way affiliated with any of the companies/designers listed above.