UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNOLL, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MODERNO, INC. D/B/A REGENCY SHOP, and MIKE SAXENA,<br><br>*Defendants.* | Civil Action No. 11-CV-00488-AKH<br><br>ECF Case |

<b><u>NOTICE OF APPEARANCE</u></b>

**To the Honorable Court and all parties of record:**

Please enter the appearance of the undersigned as counsel for Plaintiff Knoll, Inc. Hereafter, all papers relating to this proceeding should be sent to the undersigned.

        Respectfully submitted,

        GOTTLIEB, RACKMAN & REISMAN, P.C.
        Attorneys for Plaintiff Knoll, Inc.
        270 Madison Avenue, 8th Floor
        New York, New York 10016
        (212) 684-3900


        By:     /Barry R. Lewin/
             Barry R. Lewin (BL-0463)
             blewin@grr.com
             George Gottlieb (GG-5761)
             ggottlieb@grr.com
             Marc P. Misthal (MM-6636)
             mmisthal@grr.com


DATED:    New York, New York
              February 6, 2012

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing NOTICE OF APPEARANCE was served by first class mail this 6th day of February, 2012 on the attorneys for Defendants, namely:

> Salem M. Katsh, Esq.
> Katsh & Associates, LLC
> 64 Main Street
> Hastings on Hudson
> New York, New York 10706
>
> And
>
> Robert Tilewick, Esq.
> 36 Putnam Green, Suite U
> Greenwich, CT 06830

      I also certify that on February 6, 2012, the foregoing document was electronically forwarded to the attorney for Defendants through the Court's ECF system.


                                    /Barry R. Lewin /
                                    Barry R. Lewin