UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOLL, INC.,

                                              Plaintiff,

        -against-

MODERNO, INC. AND URBAN MOD, INC.
d/b/a REGENCY SHOP, AND MIKE SAXENA

                                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/12

**Amended**

## ORDER TO SHOW CAUSE (ON NOTICE) AND TEMPORRY RESTRAINING ORDER

Defendants have come before the Court seeking a Temporary Restraining Order and Preliminary Injunction, pursuant to Rule 65, F.R.C.P., to (i) enjoin and direct Plaintiff to give Defendants ten business days' prior notice of any attempt by Plaintiff, directly or indirectly, to interfere or cause an interference in, or request a third party to interfere or cause an interference in, the Defendants' normal operation of their websites (elegancecode.com and regencyshop.com), and (ii) enjoin Plaintiff from taking any such action on its own or through any third party, pending a hearing before this Court if Defendants make an application for relief during said ten-day period.

The Court, having read the declarations and memorandum submitted by Defendants, and notice having been given to, and a copy of these papers having been served upon Plaintiff's counsel, and the Court having found that there is good cause for the entry of this Order,

✓     IT IS HEREBY ORDERED that the parties appear on February **24**____, 2012 in

Courtroom 14D, U.S. Courthouse, Southern District of New York, 500 Pearl Street, New

York, New York 10007 to SHOW CAUSE why the Proposed Order should not be

entered as a preliminary injunction pursuant to Rule 65 (a), F.R.C.P.;

~~IT IS FURTHER ORDERED that, pursuant to Rule 65(b), and pending the above-scheduled hearing, the Plaintiff is temporarily restrained and enjoined~~ from taking any ~~action that would violate the Proposed Order.~~

IT IS FURTHER ORDERED that Plaintiff shall file and serve Defendants'

counsel with any opposition papers by no later than February **17**____, 2012, and that

Defendants shall file and serve any reply papers upon Plaintiff's counsel by February

**21**____, 2012.

Dated: February **14**, 2012

_Richard M. Berman_ - Part 1

U.S.D.J.

~~Secretary in the amount of # with be posted by Defendants,~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KNOLL, INC.,

                           Plaintiff,                  No. 11 cv. 0488 (AKH)
                                                      ECF CASE

      -against-

MODERNO, INC. AND URBAN MOD, INC.
d/b/a REGENCY SHOP, AND MIKE SAXENA

                        Defendants.

---

## [PROPOSED] ORDER

It is hereby ORDERED that Plaintiff be and hereby is (i) enjoined and directed to give Defendants ten business days' prior notice of any attempt by Plaintiff, directly or indirectly, to interfere or cause an interference in, or request a third party to interfere or cause an interference in, the Defendants' normal operation of their websites (elegancecode.com and regencyshop.com), and (ii) enjoined from taking any such action on its own or through any third party, pending a hearing before this Court if Defendants make an application for relief during said ten-day period.

Dated: February __, 2012

                                                  _____

                                                         U.S.D.J.