UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                          :

KNOLL, INC.,                    :

                          :   **SUMMARY ORDER**

              Plaintiff,    :

                          :   11 Civ. 488 (AKH)

      -against-           :

MODERNO, INC. AND URBAN MOD, INC.,  :
D/B/A REGENCY SHOP and MIKE SAXENA,  :

                          :

             Defendants.   :

-------------------------------------------------------------- x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/15/12

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On March 12, 2012, argument was heard on Defendants' motion for judgment on

the pleadings and motion for a preliminary injunction.  For the reasons stated on the record, the

motions are denied and Defendants' fourth affirmative defense is stricken.

      The parties shall appear for a conference on May 18, 2012 at 10:00 a.m.  The

Clerk shall mark the motion (Doc. No. 37) terminated.

      SO ORDERED.

Dated:    March / /, 2012
        New York, New York           ALVIN K. HELLERSTEIN
                                United States District Judge