UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KNOLL, INC.

                Plaintiff,

-against-

MODERNO, INC. AND URBAN MOD, INC. d/b/a
REGENCY SHOP, AND MIKE SAXENA

                Defendants.

No. 11 Civ. 0488 (AKH)

**MOTION FOR ADMISSION PRO HAC VICE**

*[Stamp: MAY 11 2012 U.S.D.C. S.D.N.Y. CASHIERS]*

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Janeen Lambert, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Moderno, Inc. and Urban Mod, Inc. d/b/a Regency Shop, and Mike Saxena in the above-captioned action.

I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 11, 2012

                                            Respectfully Submitted,

                                            By: _/s/ Janeen Lambert_
                                            Janeen Lambert
                                            PO Box 1098 Old Chelsea Station
                                            New York, NY 10113
                                            517-303-5746
                                            Fax: 917-210-3289
                                            Janeen.Lambert@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KNOLL, INC.

                      Plaintiff,                        No. 11 Civ. 0488 (AKH)

       -against-                        **ORDER FOR ADMISSION**
                                                        **PRO HAC VICE**

MODERNO, INC. AND URBAN MOD, INC. d/b/a
REGENCY SHOP, AND MIKE SAXENA

                      Defendants.
_____

        The motion of Janeen Lambert, for admission to practice Pro Hac Vice in the above captioned action is granted.

        Applicant has declared that she is a member in good standing of the bar of the state of Illinois; and that her contact information is as follows:

Applicant Name: Janeen Lambert

Firm Name: None

Address: PO Box 1098 Old Chelsea Station

City / State / Zip: New York, NY 10113

Telephone: 517-303-5746, Fax: 917-210-3289

        Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Moderno, Inc. and Urban Mod, Inc. d/b/a Regency Shop, and Mike Saxena in the above-captioned action.

        It is Hereby Ordered that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov/ecf_registration.php.

Dated: _____    _____
                                                 Alvin K. Hellerstein
                                                 United States District Judge

Case 1:11-cv-00488-AKH   Document 69   Filed 05/11/12   Page 3 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNOLL, INC.

       Plaintiff,       No. 11 Civ. 0488 (AKH)

  -against-         **CERTIFICATE OF SERVICE**

MODERNO, INC. AND URBAN MOD, INC. d/b/a
REGENCY SHOP, AND MIKE SAXENA

       Defendants.

   The within Motion for Admission Pro Hac Vice, and Proposed Order for Admission Pro Hac Vice, were served on the following parties on May 11, 2012, by U.S. Mail:

   George Gottlieb, Ariel Samuel Peikes, Barry Robert Lewin,
   Marc P. Misthal, and Rachel M. Weiss
   Attorneys for Plaintiff
   Gottlieb Rackman & Reisman, P.C.
   270 Madison Avenue
   New York, NY 10016

   Salem M. Katsh
   64 Main Street
   Hastings on Hudson, NY 10706

   Robert Tilewick
   36 Putnam Green, Suite U
   Greenwich, CT 06830

Dated: May 11, 2012

                 By: _____
                    Janeen Lambert

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Janeen Marie Lambert

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 7, 2009 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, May 09, 2012.

*Carolyn Taft Grosboll*

Clerk