UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/12

KNOLL, INC.

                    Plaintiff,                                  No. 11 Civ. 0488 (AKH)

        -against-                                               **ORDER FOR ADMISSION
                                                                PRO HAC VICE**

MODERNO, INC. AND URBAN MOD, INC. d/b/a
REGENCY SHOP, AND MIKE SAXENA

                    Defendants.

        The motion of Janeen Lambert, for admission to practice Pro Hac Vice in the above

captioned action is granted.

        Applicant has declared that she is a member in good standing of the bar of the state of

Illinois; and that her contact information is as follows:

        Applicant Name: Janeen Lambert

        Firm Name: None

        Address: PO Box 1098 Old Chelsea Station

        City / State / Zip: New York, NY 10113

        Telephone: 517-303-5746, Fax: 917-210-3289

        Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for Defendants Moderno, Inc. and Urban Mod, Inc. d/b/a Regency Shop, and Mike Saxena in the

above-captioned action.

        It is Hereby Ordered that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing the discipline of attorneys.  If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov/ecf_registration.php.

Dated: *May 14, 2012*

Alvin K. Hellerstein
United States District Judge