UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNOLL, INC.,<br><br>        *Plaintiff,*<br><br>v.<br><br>MODERNO, INC. and URBAN MOD, INC., D/B/A REGENCY SHOP, and MIKE SAXENA,<br><br>        *Defendants.* | Civil Action No.  11 CV 0488 (AKH)<br>ECF Case |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Rule 56.1 Statement and Declaration of Marc P. Misthal, all dated May 16, 2012. and all prior papers and proceedings had herein, Plaintiff Knoll, Inc. ("Knoll") will move this Court, before the Honorable Alvin K. Hellerstein, at such date and time as set by the Court, for an order granting partial summary judgment on the issue of Defendants' liability for infringement of Knoll's federally registered trademarks.

        Respectfully submitted,

        GOTTLIEB, RACKMAN & REISMAN, P.C.
        George Gottlieb (GG-5761)
        Marc P. Misthal (MM-6636)
        Attorneys for Plaintiff
        270 Madison Avenue
        New York, New York 10016
        (212) 684-3900

        By: _[signature]_

Dated:    May 16, 2012
            New York, New York