AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| KNOLL, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    11cv0488 (AKH) |
| MODERNO, INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Moderno, Inc., Urban Mod, Inc., and Mike Saxena

Date:     09/18/2012

*Attorney's signature*

Kelly D. Talcott  KT1776
*Printed name and bar number*

PO Box 43
34 Grove St.
Sea Cliff, NY 11579

*Address*

kelly@kdtalcott.com
*E-mail address*

(516) 515-1545
*Telephone number*

(516) 871-0682
*FAX number*