UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

KNOLL, INC.

          Plaintiff and Counter-Defendant,

   -against-

MODERNO, INC. AND URBAN MOD, INC. D/B/A REGENCY SHOP, AND MIKE SAXENA

          Defendants and Counter-Plaintiffs.

_____

No. 11 Civ. 0488 (AKH)

ECF Case

NOTICE OF MOTION TO VITIATE PRIVILEGE BASED ON THE CRIME-FRAUD EXCEPTION AND COMPEL PRODUCTION OF WITHHELD MATERIALS

    Defendants and Counter-Plaintiffs Moderno, Inc, Urban Mod, Inc, and Mike Saxena, by and through their attorney Janeen Lambert, bring a motion to vitiate privilege based on the crime-fraud exception and compel production of withheld materials.

    The accompanying brief in support of this motion further lays out the grounds in support of this motion.

Dated: September 7, 2013

                                                 Respectfully Submitted,

                                                 By: s/ Janeen Lambert_____

                                                     Janeen Lambert
                                                     104 Marcy Ave, #3
                                                     Brooklyn, NY 11211
                                                     517-303-5746
                                                     Fax: 917-210-3289
                                                     Janeen.Lambert@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KNOLL, INC.

           Plaintiff and Counter-
           Defendant,

  -against-

MODERNO, INC. AND URBAN MOD, INC. D/B/A
REGENCY SHOP, AND MIKE SAXENA

           Defendants and Counter-
           Plaintiffs.
_____

No. 11 Civ. 0488 (AKH)

ECF Case

**CERTIFICATE OF SERVICE**

      The within Notice of Motion for motion to vitiate privilege based on the crime-fraud exception and compel production of withheld materials, the brief supporting that motion, and the declaration of Janeen Lambert in support of the motion were served on all parties through the ECF filing system, excepting exhibits A, C, D, E, F, K, L, M, and N to the declaration of Janeen Lambert, which are to be filed under seal, and were served on the following parties through U.S. Mail:

      George Gottlieb, Marc Misthal, and Samantha Gail Rothaus
      GOTTLIEB, RACKMAN & REISMAN, P.C.
      270 Madison Avenue, 8th Floor
      New York, New York 10016-0601

      John Allan Conkle and Mark D Kremer
      Conkle Kremer and Engel PLC
      3130 Wilshire Boulevard Suite 500
      Santa Monica, CA 90403-2351

Dated: September 7, 2013

                                                             By: s/ Janeen Lambert_____
                                                              Janeen Lambert