# Supreme Court of the Virgin Islands



## Certificate of Good Standing

I, **VERONICA J. HANDY, ESQUIRE**, Clerk of the Supreme Court of the United States Virgin Islands, do hereby certify that:

**SHASHANK SAXENA**
VIBA No: 1270

was duly admitted and qualified as an Attorney and Counselor-At-Law before this Court on the 14th day of January, 2014; and said Attorney at present is a member in good standing according to the records of this Court.*

In testimony whereof, I have hereunto subscribed my name and affixed the Seal of said Court this 27th day of January, 2014.

*signature*

**VERONICA J. HANDY, ESQUIRE**
Clerk of the Supreme Court
of the Virgin Islands

* Records of professional discipline, if any, are not covered by this certification.