UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNOLL, INC., | No. 11 CV 0488 (AKH) |
|                Plaintiff | ECF Case |
|     v. | |
| MODERNO, INC. AND URBAN MOD, INC. d/b/a REGENCY SHOP, AND MIKE SAXENA, | |
|                Defendants. | |
| MODERNO, INC., | No. 13 CV 3017 (AKH) |
|                Plaintiff, | ECF Case |
|     v. | |
| KNOLL, INC., | |
|               Defendant. | |

### NOTICE OF APPEAL

Notice is hereby given that Moderno, Inc. and Urban Mod, inc. D/b/a Regency Shop, and Mike Saxena, defendants and counter-plaintiffs in the above named matter, hereby appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order denying Defendants' and Counter-Plaintiffs' Motion for a Preliminary Injunction entered in this action on March 7, 2014.

Dated: March 10, 2014

By s/ Janeen Lambert
    Janeen Lambert
    104 Marcy Ave, #3
    Brooklyn, NY 11211
    517-303-5746
    Fax: 917-210-3289
    Janeen.Lambert@gmail.com

By s/ Shashank Saxena
    Admitted Pro Hac Vice

PO BOX 1268
New York, NY 10159
773-512-6911
sonnysaxena@gmail.com

Attorneys for Defendants, Moderno, Inc. and Urban Mod, inc. D/b/a Regency Shop, and Mike Saxena