UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNOLL, INC., | No. 11 CV 0488 (AKH) |
|                Plaintiff, | ECF Case |
|    v. | |
| MODERNO, INC. AND URBAN MOD, INC. d/b/a REGENCY SHOP, AND MIKE SAXENA, | |
|                Defendants. | |
| MODERNO, INC., | No. 13 CV 3017 (AKH) |
|                Plaintiff, | ECF Case |
|    v. | |
| KNOLL, INC., | |
|                Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that Moderno, Inc. and Urban Mod, inc. D/b/a Regency Shop, and Mike Saxena, defendants and counter-plaintiffs in the above named matter, hereby appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order denying Defendants' and Counter-Plaintiffs' Motion for a Preliminary Injunction entered in this action on March 7, 2014.

Dated: March 11, 2014

                                          By s/ Janeen Lambert

                                              Janeen Lambert
                                              104 Marcy Ave, #3
                                              Brooklyn, NY 11211
                                              517-303-5746
                                              Fax: 917-210-3289
                                              Janeen.Lambert@gmail.com

<u>By s/ Shashank Saxena</u>
Admitted Pro Hac Vice
PO BOX 1268
New York, NY 10159
773-512-6911
sonnysaxena@gmail.com

Attorneys for Defendants, Moderno, Inc. and Urban Mod, inc. D/b/a Regency Shop, and Mike Saxena